UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA FURLONG,

        Plaintiff,         No. 12-CV-11918

vs.        Hon. Gerald E. Rosen

ADDISON TOWNSHIP, et al.,

        Defendants.
_____/

### ORDER DENYING DEFENDANTS' MOTION TO COMPEL

    At a session of said Court, held in
    the U.S. Courthouse, Detroit, Michigan
    on _____

    PRESENT:    Honorable Gerald E. Rosen
                       United States District Chief Judge

On January 8, 2013, Defendants filed a "Motion to Compel Answers to Defendant's [sic] First Set of Interrogatories and Requests for Production of Documents" seeking to compel Plaintiff to answer their First Set of Interrogatories and Requests for Production which were served upon Plaintiff on August 30, 2012. Pursuant to Fed. R. Civ. P. 33 and 34, Defendants' responses were due 30 days after service, i.e., on September 30, 2012.

The Scheduling Order entered by the Court in this matter provides that any discovery motions must be filed within 14 days of the date that requested discovery was due. [*See* Scheduling Order Dkt. # 18, ¶ 2A.] Therefore, absent a showing of good cause,

to have been timely, a motion to compel Plaintiff to respond to Defendants' August 30, 2012 discovery requests had to have been filed on or before October 14, 2012. The instant motion, however, was not filed until two and a half months later.

Because Defendants' Motion was not timely filed in compliance with the provisions of the Scheduling Order, and no good cause shown for Defendants non-compliance,

IT IS HEREBY ORDERED that Defendants' January 8, 2013 Motion to Compel **[Dkt. # 20]** is DENIED.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  January 11, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager